**08 C 1001**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

EXHIBIT A

#28851

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

**07M1-160122**

PALISADES COLLECTION LLC
 Plaintiff
 vs.

ROBERT HARRIS
AKA ROBERT J GAVROS

 Defendant(s)

Return Date: 07-16-07
Amount Claimed: $ 2594.21 + costs

## COMPLAINT

The plaintiff, PALISADES COLLECTION LLC, claims as follows:

1. Plaintiff, PALISADES COLLECTION LLC, is authorized to do business in the State of Illinois and the defendant(s), ROBERT HARRIS AKA ROBERT J GAVROS, is/are resident(s) of COOK County, Illinois.

2. The defendant(s), ROBERT HARRIS AKA ROBERT J GAVROS, ordered and received from the plaintiff's assignor, DELL, goods, wares and merchandise or services, for which a balance is due and owing to plaintiff, in the sum of $ 2594.21.

3. Plaintiff, PALISADES COLLECTION LLC, is the successor in interest of said account from DELL having purchased said account in the regular course of business in good faith and for value.

4. That there is an account stated in the sum of $ 2594.21. (See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff, PALISADES COLLECTION LLC declared defendant(s) to be in default and demands payment of balance.

WHEREFORE, the plaintiff, PALISADES COLLECTION LLC, prays for judgment against the defendant(s), ROBERT HARRIS AKA ROBERT J GAVROS, in the amount of $ 2594.21 plus costs.

Blatt, Hasenmiller, Leibsker and Moore, LLC. - 01237
Attorney for Plaintiff
125 S. Wacker Dr., Suite 400
Chicago, IL 60606
(866) 296-9858

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

BLCOMP (06/2005)

1928851

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S CLAIM

**Account Holder:** ROBERT HARRIS

**Plaintiff:** PALISADES COLLECTION, L.L.C.
ASSIGNEE OF DELL

**Account Number:** 001-1348378-001

BEFORE ME, the undersigned personally appeared and personally known by me, this day, and who after being duly sworn upon his/her oath deposes and states:

1. I am a competent person over eighteen years of age. I am an employee of
   PALISADES COLLECTION LLC
   ASSIGNEE OF DELL
   210 SYLVAN AVENUE
   ENGLEWOOD CLIFFS, NJ 07632

   , the Plaintiff herein (hereinafter "Plaintiff"). As an authorized agent for Plaintiff, I am authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of my knowledge, information and belief.

2. In the ordinary course of business Plaintiff regularly purchases revolving credit accounts, installment accounts, service accounts and/or other credit lines from the original creditor or their assignee(s). Plaintiff purchased the credit account of Defendant herein, Account Number referenced above (hereinafter "the Credit Account") from the original creditor or its assignee.

3. The scope of my job responsibilities includes the supervision or oversight of credit account records maintained by Plaintiff, including the Credit Account referenced above. In the performance of my duties for Plaintiff, I am familiar with the manner and method by which Plaintiff creates and/or maintains its normal business books and records, including computer records and/or data of its purchased credit accounts, in the ordinary course of its business. As such, I am the custodian of said business records.

4. It is also the regular practice of Plaintiff's predecessors to send monthly statements to the accountholders reflecting the purchases made, payments received and/or amounts owing on such accounts.

5. Plaintiff's business records for the Credit Account of Defendant reflect that the just and true balance due and owing to Plaintiff by the Defendant on the Account Number 001-1348378-001 as of the date hereof is $ 2594.21 according to the business records provided to Plaintiff by the original creditor or its assignee at the time the Credit Account was purchased, less credit for all payments, together with interest and other applicable costs as allowed by law.

6. Demand for payment of the just amount has been made more than thirty (30) days prior hereto and payment for the amount due and owing has not been tendered. There is no record of any legitimate dispute by the accountholder.

**Date:** 4/10/2007

**Signature:** [signed]

**Printed Name:** Judith Stone

**Title:** ACCOUNT SPECIALIST

STATE OF NEW JERSEY
COUNTY OF BERGEN

Before me personally appeared the person whose name and title is identified above being of age and duly sworn upon his/her oath, states that he/she has read the foregoing Affidavit and the facts stated therein are true and correct to the best of of his/her knowledge, information and belief.

The foregoing affidavit sworn to and subscribed before me this 10th day of April, 20 07.

My commission expires: Cherie Y. Thomas
Notary Public State of New Jersey
My Commission Expires Jul. 21, 2011

**Notary Public:** [signed]

Ex #1

NAFFP2/NAFFP2    04/04/07    File #: 172626947    IL21
NAFRC (07/25.05)