IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GAVROS, individually and on behalf of the classes defined herein, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 C 1001 |
| v. ) ) | Judge: Gottschall |
| PALISADES COLLECTION, LLC, ) ) | |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Palisades Collection, LLC, ("Palisades") by and through its attorneys David M. Schultz and Jennifer W. Weller and for it Motion for a 21-day Enlargement of Time to File a Responsive Pleading to Plaintiff's Complaint states as follows:

1. Plaintiff's Class Action Complaint purports to state claims against Palisades for violations of the Fair Debt Collection Practices Act, Illinois Collection Agency Act and Illinois Consumer Fraud Act.

2. Palisades was served with the Complaint on February 20, 2008 and its responsive pleading is due on March 11, 2008.

3. Defendant has retained defense counsels who have filed Appearances concurrently with the instant motion. Counsel for the defendant has contacted counsel for the plaintiff about the instant motion, and plaintiff's counsel does not oppose the enlargement of time sought.

4. Defendant hereby requests an additional 21 days to on or before April 1, 2008 to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response to the multiple claims arising out of both state and federal law.

6293050v1 886463

2

WHEREFORE, Defendant Palisades Collection, LLC respectfully requests that this court grant it an additional 21 days to on or before April 1, 2008 to file a responsive pleading to Plaintiff's Complaint.

                                      Respectfully submitted,

                                      HINSHAW & CULBERTSON LLP

                                      By: s/Jennifer W. Weller
                                            Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6293050v1 886463