IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GAVROS, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) Case No. 08 C 1001 |
| vs. | ) ) ) Judge Gottschall |
| PALISADES COLLECTION, LLC, | ) ) Magistrate Judge Cole |
| Defendant. | ) ) |

## NOTICE OF MOTION

TO:   Cathleen M. Combs, ccombs@edcombs.com
       Daniel A. Edelman, dedelman@edcombs.com
       Francis Richard Greene, fgreene@edcombs.com
       James O. Latturner, jlatturner@edcombs.com

**PLEASE TAKE NOTICE** that on **March 13, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in his/her stead in Courtroom 2325, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE PLEADING,** a copy of which is served upon you.

                                                  HINSHAW & CULBERTSON LLP

David M. Schultz                              /s/ *Jennifer W. Weller*
Jennifer W. Weller                            Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6293141v1 886463

## CERTIFICATE OF SERVICE

I hereby certify that on **March 11, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE PLEADING** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

        HINSHAW & CULBERTSON LLP

David M. Schultz          s/ *Jennifer W. Weller*
Jennifer W. Weller          Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

2

6293141v1 886463