IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GAVROS, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) Case No. 08 C 1001 ) |
| vs. | ) Judge Gottschall ) |
| PALISADES COLLECTION, LLC, | ) Magistrate Judge Cole ) |
| Defendant. | ) |

**CORRECTED NOTICE OF MOTION**

TO:  Cathleen M. Combs, ccombs@edcombs.com
Daniel A. Edelman, dedelman@edcombs.com
Francis Richard Greene, fgreene@edcombs.com
James O. Latturner, jlatturner@edcombs.com

**PLEASE TAKE NOTICE** that on **March 20, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in his/her stead in Courtroom 2325, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, M**OTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE PLEADING,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

/s/ *Jennifer W. Weller*
Jennifer W. Weller

6293164v1 886463

## CERTIFICATE OF SERVICE

    I hereby certify that on **March 11, 2008**, I electronically filed the above **CORRECTED NOTICE OF MOTION** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                           HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| Firm's #90384 | |

2