IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GAVROS, individually and on behalf of the classes defined herein, | )<br>)<br>) |
| Plaintiff, | )  Case No.: 08 C 1001<br>) |
| v. | )  Judge: Gottschall<br>) |
| PALISADES COLLECTION, LLC, | )  Magistrate Judge Cole<br>) |
| Defendant. | ) |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 Defendant, Palisades Collection, LLC, by and through its counsel, states as follows:

1. Palisades Collection, LLC is a wholly owned subsidiary of Asta Funding, Inc.

2. Asta Funding, Inc. is a publicly held corporation.

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP

                                        By: s/Jennifer W. Weller
                                              Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6293069v1 886463