IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GAVROS, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 C 1001 |
| v. | ) ) Judge: Gottschall |
| PALISADES COLLECTION, LLC, | ) ) Magistrate Judge Cole |
| Defendant. | ) ) |

### NOTICE OF FILING

TO:   Cathleen M. Combs, ccombs@edcombs.com
    Daniel A. Edelman, dedelman@edcombs.com
    Francis Richard Greene, fgreene@edcombs.com
    James O. Latturner, jlatturner@edcombs.com

    PLEASE TAKE NOTICE that on **March 11, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**, in connection with the above entitled cause, a copy of which is attached hereto.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP

David M. Schultz                    s/ *Jennifer W. Weller*
Jennifer W. Weller                    Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6293276v1 883647

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **March 11, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING AND FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| Firm's #90384 | |

2

6293276v1 883647