IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GAVROS, | ) | |
| individually and on behalf of the | ) | |
| classes defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1001 |
| | ) | |
| vs. | ) | Judge Gottschall |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Robert Gavros hereby dismisses his claims without prejudice and the claims of the putative class without prejudice, with each party to bear their own costs and fees.


Respectfully submitted,

**ROBERT GAVROS**

By: s/Francis R. Greene
      One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on March 26, 2008, I filed the foregoing document with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                                                  s/Francis R. Greene
                                                  Francis R. Greene