# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1001 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Robert Gavros vs. Palisades Collection, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Notice of Dismissal [19] filed 3/26/08, Plaintiff's claims are dismissed without prejudice and the claims of the putative class are dismissed without prejudice, with each party to bear their own costs and fees. Status hearing set for 4/23/08 at 9:30AM is stricken. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|